

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0913-15

**DAVID LEE KELLEY, Appellant**

v.

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE EIGHTH COURT OF APPEALS HOOD COUNTY

**PER CURIAM. KEASLER AND HERVEY, JJ., DISSENT.**

### O R D E R

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j) because the petition does not contain a copy of the opinion of the court of appeals.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed December 16, 2015
Do not publish